1
2
3
4
5

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 99CR3272-BTM |
|---|---|---|
| Plaintiff, | ) | |
| | ) | JUDGMENT AND ORDER OF DISMISSAL OF INDICTMENT AND RECALL ARREST WARRANTS |
| v. | ) | |
| SANTIAGO SANCHEZ-VALDEZ (4), | ) | |
| Defendant. | ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above entitled case be dismissed without prejudice, and the Arrest Warrant be recalled.

IT IS SO ORDERED.

Dated: April 24, 2015

Barry Ted Moskowitz, Chief Judge
United States District Court